FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ AUG 06 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH LICATA,

                Plaintiff,

-against-                     14-CV-2637 (SJF)(GRB)

KAREN B. SALMON, et al.,           **ORDER**

                Defendants.
------------------------------------------------------------X
FEUERSTEIN, District Judge:

By order dated July 14, 2014, *inter alia*, pro se plaintiff Joseph Licata ("plaintiff") was directed to "serve any opposition to defendant's motion to dismiss by 5:00 p.m. on August 4, 2014[.]" On August 4, 2014, plaintiff erroneously filed his opposition to defendants' motion to dismiss, but there is no indication that plaintiff ever served the opposition upon defendants in accordance with the July 14, 2014 order. Accordingly, plaintiff is hereby,

ORDERED to serve a copy of his opposition papers upon defendants, and file proof of such service, by 5:00 p.m. on August 13, 2014.

Pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court shall serve notice of entry of this Order as provided in Rule 5(b) of the Federal Rules of Civil Procedure and record such service on the docket.

SO ORDERED.                            s/ Sandra J. Feuerstein
                                                 Sandra J. Feuerstein
                                                 United States District Judge

Dated: August 6, 2014
        Central Islip, New York

---

[1] Pursuant to Rule 4(C) of my individual rules, "[o]pposition papers shall be served on all parties, but only a copy of the opponent's cover letter shall be filed with the Clerk's Office." (emphasis omitted).